**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**WILLIAM KUNTZ, III,**

                 **Plaintiff,**                  **8:19-cv-602**
                                                                 **(GLS/DJS)**
            **v.**

**THE GRAND UNION CAPITAL**
**CORP,**

                 **Defendant.**

**APPEARANCES:**                         **OF COUNSEL:**

**FOR THE PLAINTIFF:**
William Kuntz, III
*Pro Se*
PO Box 1801
Nantucket Island, MA 02554-1801

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart duly filed December 8, 2021.  (Dkt. No. 15.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 15) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's motion for default judgment (Dkt. No. 14) is **DENIED**; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 7, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge